**In The**

*Court of Appeals*

*Ninth District of Texas at Beaumont*

_____

**NO. 09-12-00584-CR**
_____

**IN RE JOHN COLLIER JR.**

_____

**Original Proceeding**
_____

**MEMORANDUM OPINION**

John Collier Jr. filed a petition for writ of mandamus, in which he contends the District Clerk in the county of the convicting court has unreasonably rejected his petition for writ of habeas corpus. The Texas Government Code expressly limits our mandamus jurisdiction to (1) writs necessary to enforce the jurisdiction of the court of appeals and (2) writs against district or county court judges within the court of appeals' district. Tex. Gov't Code Ann. § 22.221 (West 2004). We have no jurisdiction to issue a writ of mandamus against a district clerk unless that action is necessary to enforce our jurisdiction. *See id.* Collier is seeking post-conviction relief from a final felony conviction, which does not implicate the jurisdiction of this Court. *See* Tex. Code Crim. Proc. Ann. art. 11.07 (West Supp. 2012). Under these circumstances, mandamus relief

1

must be obtained from the Court of Criminal Appeals. *In re McAfee*, 53 S.W.3d 715, 718 (Tex. App.—Houston [1st Dist.] 2001, orig. proceeding). Accordingly, we deny the petition for writ of mandamus.

PETITION DENIED.

PER CURIAM

Opinion Delivered December 19, 2012
Do Not Publish

Before McKeithen, C.J., Gaultney and Horton, JJ.